1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULYSSES PAUL CUEN, ) <br> Petitioner, ) <br> vs. ) <br> M.S. EVANS, Warden, ) <br> Respondent. ) <br> _____ ) | No. C 05-4569 JSW (PR) <br><br> **ORDER DENYING** <br> **CERTIFICATE OF** <br> **APPEALABILITY** <br><br> (Docket No. 20) |

Petitioner filed a pro se petition for a writ of habeas corpus challenging the constitutionality of her state conviction under 28 U.S.C. § 2254.  Following briefing, this Court denied Petitioner's application for a writ of habeas corpus on the merits.  Petitioner has filed a motion for a certificate of appealability (docket no. 20), and a notice of appeal (docket no. 19).

Upon the filing of a notice of appeal and a request for a COA, the district court shall indicate which specific issue or issues satisfy the standard for issuing a certificate, or state its reasons why a certificate should not be granted.  *See United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).  (citing 28 U.S.C. § 2253(c)(3)).  A judge shall grant a COA "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  Petitioner has not shown that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  Accordingly, the request for a certificate of appealability is DENIED (docket no. 20).

1  The Clerk of Court shall forward this order, along with the case file, to the United States
2  Court of Appeals for the Ninth Circuit. Petitioner may also seek a certificate of appealability
3  from that court. *See Asrar,* 116 F.3d at 1270.
4  IT IS SO ORDERED.
5  DATED: May 13, 2008
6  
7  _____
   JEFFREY S. WHITE
   United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CUEN,

        Plaintiff,

  v.

EVANS et al,

        Defendant.
        _____/

Case Number: CV05-04569 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ullysses Paul Cuen
T72340
SVSP
P.O. Box 1050
Soledad, CA 93960-1050

Dated: May 13, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk